| | |
|---|---|
| Name: | RIO B. PAULIN |
| Address: | 3384 SUMMERS COURT |
| | RIVERSIDE, CA 92501 |
| Phone: | (951) 788 5945 |
| Fax: | (951) 788 5963 |
| Cell Phone: | (951) 318-8737 |

In Pro Per

LODGED 2009 NOV 13 PM 3:25 CLERK, U.S. DISTRICT CT. CENTRAL DIST. OF CALIF. RIVERSIDE

RECEIVED/RETURNED
CLERK, U.S. DISTRICT COURT
DEC 24 2009
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION    BY DEPUTY

3:25 pm

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

CV 09 - 08321

RIO B. PAULIN ) AGE DISCRIMINATION IN EMPLOYMENT ACT
Plaintiff

CASE NUMBER: EEOC CHARGE NO. 846-2009-13842

To be supplied by the Clerk of The United States District Court

v.

ANGELICA REINGOLD )
ADAT SHALOM ) DEMAND FOR JURY TRIAL

COMPLAINT

Defendant(s).

I WAS HIRED BY MR. ALEX BY TELEPHONE DECEMBER 11, 2008 AS CAREGIVERS FROM RIVERSIDE CALIFORNIA ON THAT DATE I ARRIVED NIGHT TIME 9:00 PM. HE LET ME TOO SLEEP INTO SOFA IN LIVING ROOM THE NEXT DAY MORNING I START WORKINGS 7:00 AM. ON THE FIRST HOUSE AND THEN TESS THE ADMINISTRATOR OF THE FACILITYS SHE ASSIGN ME TO WORKS ON THE OTHERS HOUSE TO HELP THE OTHERS WORKERS FOR CLEANING THE ROOM, BED, GIVE SHOWER AND DRESS UP AND READY FOR BREAKFAST, AND THEN SHE TRANSFER ME AGAINED TO ANOTHERS HOUSE TO WORKS WITH THIS MAN

RIO B. PAULIN
NOV. 13, 2009

CV-126 (09/09)    PLEADING PAGE FOR A COMPLAINT

NAME ARIEL SO WE CLEANE THE ROOM AND VACCUME THE ALL CARPET AND FIXED THE BED COVERS AND WE CLEAN ALL WINDOW GLASS AND DOORGLASS SLIDING AND AFTER THAT CLEANING DONE WE PREFERD ALL ELDERLY FOR LUNCH TIME AND FEED THEM ALL WHEN THEY FINISHE EATHING SOME OF THEM WE PUT IT BACK IN BED ROOM. AND I CLEAN DINNING TABLE AND SWEEP THE FLOORS AND THEN THE ADMINISTRATOR TESS SHE COME AND TALK TO ME WITH ANOTHER YOUNG MAN THAT TIME SHE FIRE ME NOT TO WORK BECAUSE SHE SAID TO MAH ME THIS MAN LONGTIME APPLICANT I FEEL LIKE TO CRYS THAT 2:30 P.M. SHE LET ME GO WITHOUT PAYS.

RIO B. PAULIN

NOV. 13, 2009

Name: RIO B. PAULIN
Address: 3384 SUMMERS COURT
RIVERSIDE, CA 92501
Phone: (951) 788 5945
Fax: (951) 788 5963
CEL: (951) 318 8737
In Pro Per

RECEIVED/RETURNED
CLERK, U.S. DISTRICT COURT
DEC 24 2009
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

RIO B. PAULIN ) AGE DISCRIMINATION IN EMPLOYMENT ACT
Plaintiff
v.
ADAT SHALOM / AMERICA REINGOLD
Defendant(s).

CASE NUMBER: CV 09-08321
EEOC CHARGE NO. 846-2009-13842

DEMAND FOR TRIAL

TITLE OF PLEADING

WHEN I STARTED WORKING ON THAT ADAT SHALOM I NOTICE AND I TALK TO THEM PERSONAL AND ASK THEM WHAT STATUS HERE CALIFORNIA AND HE SAID TO ME ILLIGAL STATUS NOT US GREEN CARD NOT U.S. CITIZEN, ONCE THEY KNEW THAT I AM U.S. CITIZEN THEY DON'T LIKE ME AROUND SO TESS SHE FIRE ME RIGHT AWAY WITHOUT NOTICE, AND I SAID TO HER WHERE ALEX THE OWNER THAT HE HIRED TO WORK AND SHE SAID TO ME SHE THE ONE TO CONSULT ME FIRST WHO GO NA WORK OR NOT.

RIO B. PAULIN
NOV. 13, 2009

CV-127 (09/09)    PLEADING PAGE FOR A SUBSEQUENT DOCUMENT